IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE QUEER, | No.: |
| Plaintiff, | *Electronically Filed* |
| v. | |
| WAL-MART STORES EAST, L.P., | |
| Defendant. | |

# Exhibit "A"

# State Court Pleadings

# Allegheny County Department Of Court Records

## Civil/Family Division Docket Report

Run Date and Time: 1/30/2025 - 13:42:47

GD-24-011931

Queer vs Wal-Mart Stores East L.P.

Filing Date:
10/23/2024

Related Cases:

Consolidated Cases:

Judge:
No Judge

Amount In Dispute:
$ 0

Case Type:
Other Tort

Court Type:
General Docket

Current Status:
Praecipe for Appearance

Jury Requested:
Y

--Parties--

| LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
| --- | --- | --- | --- | --- | --- | --- |
| Wal-Mart Stores East L.P. | | | Defendant | 702 Southwest 8th Street Bentonville AR 72716 | -- | Aaron H. Weiss |
| Queer | Christine | | Plaintiff | 800 North 2nd Street Jeannette PA 15644 | -- | Adam Daniel Shorr |

--Attorney--

| LName | FName | MI | Type | Address | Phone |
| --- | --- | --- | --- | --- | --- |
| Giannetti | Anthony | J. | Plaintiff's Attorney | Swartz Culleton PC 429 1st Avenue Suite 100 Pittsburgh PA 15219 | 4122387610 |
| Shorr | Adam | Daniel | Plaintiff's Attorney | Swartz Culleton PC 429 1st Avenue Suite 100 Pittsburgh PA 15219 | 4122387610 |
| Weiss | Aaron | H. | Defendant's Attorney | Zimmer Kunz PLLC 310 Grant Street, Suite 3000 Pittsburgh PA 15219 | 4122818000 |

--Non Litigants--

| LName | FName | MI | Type | Address | Phone |
| --- | --- | --- | --- | --- | --- |
| No Litigants Found | | | | | |

--Docket Entries--

| Filing Date | Docket Type | Docket Text | Filing Party |
| --- | --- | --- | --- |
| 11/14/2024 | Praecipe for Appearance | Filed on behalf of Defendant, Wal-Mart Stores East, L.P. | Aaron Weiss H. |
| 10/23/2024 | Complaint | | Christine Queer |

--Judgments Against--

| Name | Amount | Satisfied(Y,N) |
| --- | --- | --- |
| No Judgments Found | | |

--Events Schedule--

| Event Scheduled | Event Date & Time | Room Number | Judge/Hearing Officer |
|---|---|---|---|
| No Information Found | | | |

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE QUEER | : | CIVIL DIVISION |
| *Plaintiff* | : | GD No. |
| v. | : | **COMPLAINT** |
| WAL-MART STORES EAST, L.P., | : | |
| *Defendant.* | : | Filed on behalf of Plaintiff, |
| **JURY TRIAL DEMANDED** | : | Counsel of Record for this party: |

ANTHONY J. GIANNETTI, ESQUIRE
Pa. Id. No. 318225
agiannetti@swartzculleton.com

ADAM D. SHORR, ESQUIRE
Pa. Id. No. 328007
ashorr@swartzculleton.com

**SWARTZ CULLETON PC**
429 1st Ave, Suite 100
Pittsburgh, PA 15219
412-238-7610
Fax: 412-200-7595

## NOTICE TO DEFEND

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

Lawyer Referral Service
Allegheny County Bar Association
11th Floor Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Telephone: (412) 261-5555
F: (215) 550-6557

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE QUEER | : | |
| | : | CIVIL DIVISION |
| *Plaintiff* | : | |
| | : | GD No. |
| v. | : | |
| WAL-MART STORES EAST, L.P., | : | |
| *Defendant.* | : | |
| **JURY TRIAL DEMANDED** | : | |

## CIVIL ACTION COMPLAINT

1. Plaintiffs, Christine Queer, is an adult individual and citizen of the Commonwealth of Pennsylvania, residing therein at 800 N 2nd Street, Jeannette, PA 15644.

2. Defendant, Wal-Mart Stores East, LP, ("Wal-Mart) was and is now a Delaware limited partnership engaged in retail sales, with a corporate headquarters and principal place of business located at 702 SW 8th Street, Bentonville, AR 72716.

3. Venue is proper in Allegheny County because Wal-Mart regularly and continuously conducts business in Allegheny County.

4. At all times relevant hereto, Wal-Mart acted by and through its respective agents, servants, employees, workmen and/or other representatives, who were, in turn, acting within the course and scope of their employment, agency and/or service for the same.

5. At all times material herein, Wal-Mart, by and through its respective trustees, directors, agents, servants, workmen, employees and/or other representatives, acting within the course and scope of their employment, owned, operated, controlled, leased, inspected, possessed,

managed and/or maintained the premises located at 2200 Greengate Centre Cir, Greensburg, PA 15601.

6. On or about July 11, 2024, and for a long time prior thereto, it was the duty of Wal-Mart, by and through its respective trustees, directors, agents, servants, workmen, employees and/or other representatives, to keep and maintain the aforesaid premises located at in a reasonably safe condition for persons lawfully upon the premises, such as Plaintiff, Christine Queer, who was an invite at the aforesaid premises at all times relevant to this action.

**COUNT I**
**CHRISTINE QUEER v. WAL-MART STORES EAST, LP**
**NEGLIGENCE – PREMISES LIABILITY**

7. Plaintiff hereby incorporates by reference paragraphs one (1) through six (6) of the within Complaint, as though the same were fully set forth at length herein.

8. On or about July 11, 2024, Plaintiff, Christine Queer, was lawfully on the aforesaid premises, walking into the store, when suddenly and without warning—and as a direct result of a defective and/or dangerous condition of the premises— Plaintiff slipped on a wet and/or slippery liquid substance that had accumulated on the floor of the premises in produce department, thereby causing her to fall and sustain various severe and permanent bodily injuries and losses as more fully set forth below.

9. The incident described in the preceding paragraphs of the within Complaint was caused by the negligence and carelessness of the Defendant, by and through its agents, servants, workmen, employees and/or other representatives acting within the course and scope of the employment, agency and/or service for the same, generally and in the following particular respects:

(a) carelessly and negligently allowing the aforesaid area to be kept in a dangerous condition for a prolonged period of time so as to cause injury to

the Plaintiff, more specifically failing to timely clear the wet and/or slippery liquid substance that had accumulated upon same;

(b) carelessly and negligently failing to inspect the premises in such a manner so as to identify defects and prevent potential bodily injuries to third parties, such as the Plaintiff;

(c) carelessly and negligently failing to recognize the wet and/or slippery liquid substance on Defendant's aforesaid premises, which caused Plaintiff's fall, and to timely remedy same;

(d) carelessly and negligently creating and allowing a dangerous condition to exist by failing to provide proper safety warnings to individuals lawfully on the Defendant's premises; more specifically failing to mark the area with a wet-floor sign or other signage indicating the potential hazard;

(e) failing to ensure that the premises could be traversed in a manner which would not cause a danger to potential third parties, such as the Plaintiff;

(f) failing to adequately and timely repair defects to the aforesaid premises;

(g) failing to correct a dangerous and hazardous condition of which the Defendant was aware or should have been aware;

(h) failing to warn people lawfully upon the Defendant's premises, such as the Plaintiff, of the aforesaid dangerous condition; and

(i) otherwise failing to provide a safe place for persons lawfully upon the Defendant's premises, such as the Plaintiff, to travel.

10. Plaintiff in no manner contributed to her own injuries, which were the direct and proximate result of the Defendant's own negligence and/or carelessness.

11. As a result of the aforesaid negligence of the Defendant, Plaintiff suffered severe injuries, including, but not limited to, a torn right meniscus tear requiring surgical repair, as well as aches, pains, mental anxiety and anguish, and a severe shock to her entire nervous system. Plaintiff has in the past and will in the future undergo severe pain and suffering as a result of which she has been in the past and will in the future be unable to engage in her usual activities, all to her great detriment and loss.

12. As a result of the aforesaid negligence of the Defendant, Plaintiff has been and will be obliged to receive and undergo medical attention and care and to expend various sums for the treatment of her injuries and incur such expenditures for an indefinite time in the future.

13. As a further result of the aforesaid accident, Plaintiff has in the past and may in the future suffer a loss of her earnings and/or earning power, and she may incur such loss for an indefinite period in the future.

14. Further, by reason of the aforesaid occurrence, Plaintiff has and/or may hereinafter incur other financial expenses all in an effort to treat and cure herself of the injuries sustained in the aforesaid accident.

15. As a further result of the aforesaid negligence of the Defendant, Plaintiff has or may have suffered injuries resulting in the serious and/or permanent loss of use of a bodily function, dismemberment, and/or scarring, which may be in full or part cosmetic disfigurements which are or may be permanent, irreparable and severe.

16. As a further result of the aforesaid accident, Plaintiff has suffered a loss of the enjoyment of her usual duties, avocations, life's pleasures and activities, and the shortening of her life expectancy, all to her great detriment and loss.

17. As a further result of the aforesaid accident, Plaintiff has suffered great and unremitting physical pain, suffering and mental anguish, all of which may continue in the future.

WHEREFORE, Plaintiff, Christine Queer, demands judgment against Defendant, Wal-Mart Stores East, LP, in an amount in excess of Fifty Thousand Dollars ($50,000.00).

Respectfully,

**SWARTZ CULLETON PC**

By: /s/ Anthony J. Giannetti
Anthony J. Giannetti, Esquire
*Attorneys for Plaintiff*

Date: October 23, 2024

# VERIFICATION

I, Christine Queer, hereby state that I am the Plaintiff in this action and verify that the statements made in the foregoing Civil Action Complaint are true and correct to the best of my knowledge, information and belief. The undersigned understands that the statements herein are made subject to the penalties of 18 Pa. C.S. 4904 relating to unsworn falsification to authorities.

X DocuSigned by:
Christine Queer
733CB074619347B...

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHRISTINE QUEER, | CIVIL DIVISION |
| Plaintiff, | |
| | G.D. 24-011931 |
| v. | |
| WAL-MART STORES EAST, L.P., | **PRAECIPE FOR APPEARANCE** |
| Defendant. | |

Filed on behalf of Defendant, Wal-Mart Stores East, L.P.

Counsel of record for this party:
**AARON H. WEISS, ESQUIRE**
Pa. I.D. 320980
Email: weiss@zklaw.com

**ZIMMER KUNZ, PLLC**
310 Grant Street, Suite 3000
Pittsburgh, PA 15219
(412) 281-8000

IN THE COURT OF COMMON PLEAS
OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| CHRISTINE QUEER, | CIVIL DIVISION |
| Plaintiff, | |
| | G.D. 24-011931 |
| v. | |
| WAL-MART STORES EAST, L.P., | |
| Defendant. | |

**PRAECIPE FOR APPEARANCE**

TO: Allegheny County Prothonotary

PLEASE ENTER my appearance on behalf of the Defendant, Wal-Mart Stores East, L.P., in the above-referenced matter.

ZIMMER KUNZ, PLLC

By: *_/s/ Aaron H. Weiss_*
Aaron H. Weiss, Esquire
310 Grant Street, Suite 3000
Pittsburgh, PA 15219
(412) 281-8000

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 14th day of November, 2024, served a true and correct copy of the foregoing Praecipe for Appearance on the following counsel of record via email transmission:

Anthony J. Giannetti, Esquire
Adam D. Shorr, Esquire
Swartz Culleton, PC
429 1st Avenue, Suite 100
Pittsburgh, PA 15219
agiannetti@swartzculleton.com
ashorr@swartzculleton.com
*Counsel for Plaintiff*

ZIMMER KUNZ, PLLC

By: */s/ Aaron H. Weiss*
Aaron H. Weiss, Esquire
310 Grant Street, Suite 3000
Pittsburgh, PA 15219
(412) 281-8000

**CERTIFICATE OF COMPLIANCE**

I certify that this filing complies With the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Aaron H. Weiss, Esquire

Signature: *Aaron H. Weiss*

Name: Aaron H. Weiss

Attorney No. (if applicable): 320980